MICHAEL COSENTINO SBN 83253
ATTORNEY AT LAW
PO BOX 129
ALAMEDA, CA 94501
Telephone: (510) 523-4702

COUNSEL FOR THE UNITED STATES
OF AMERICA, PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. C97-2595 M |
| Plaintiff, ) | |
| v. ) | |
| Sandra L. Thackerson aka ) | **WRIT OF CONTINUING** |
| Sandra Jessop aka Sandra L. Jessop, ) | **GARNISHMENT** |
| Defendant, ) | |
| and ) | |
| Wal Mart, ) | |
| Garnishee. ) | |

TO:  Payroll Department
     Wal Mart
     702 S.W. 8th St.
     Bentonville, AR 72716

YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

The name and last known address of the person who is the defendant-judgment debtor (hereinafter "debtor") in this action and whose property is subject to

1  this Writ are as follows:

2  Sandra L. Thackerson aka Sandra Jessop aka Sandra L. Jessop
   11 Linscheid Drive Apt. 3
3  Pittsburg, CA 94565

4  This Writ has been issued at the request of the United States of America to
5  enforce the collection of a civil judgment entered in favor of the United States against
6  the debtor for a defaulted student loan in the amount of $1,887.48. There is a balance
7  of $4,261.08 due on the judgment, which amount includes costs and interest
8  computed through 12/07/12.

9  The following are the steps that you must take to comply with this Writ. If you
10 have any questions, you should consult with your attorney.

11 1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control,
12 or possession any property of the debtor, including wages, salary, or commissions, in
13 which the debtor has a substantial nonexempt interest, or if you obtain custody,
14 control, or possession of such property while this Writ is in effect, you must
15 immediately withhold such property from the debtor and retain it in your possession
16 until you receive instructions from the Court which will tell you what to do with the
17 property. The United States has requested that the sum of 25% of the debtor's
18 disposable earnings, which under California law represents the nonexempt portion of
19 the debtor's earnings, be withheld from the defendant's earnings.

20 2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ
21 within 10 days after service of this Writ upon you. You must answer the Writ even if
22 you do not have in your custody, control, or possession any property of the debtor.
23 Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following
24 information:

25 a. Whether or not you have in your custody, control, or possession, any
26 property owned by the debtor in which the debtor has a substantial
27 nonexempt interest, including nonexempt, disposable earnings;

28

|    |    |    |    |
|---|---|---|---|
| 1  |    | b. | a description of such property and the value of such property; |
| 2  |    | c. | a description of any previous garnishments to which such property is |
| 3  |    |    | subject and the extent to which any remaining property is not exempt; |
| 4  |    |    | and |
| 5  |    | d. | the amount of the funds you anticipate owing to the debtor in the future |
| 6  |    |    | and whether the period for payment will be weekly or another specified |
| 7  |    |    | period. |

8  For your convenience, a form which addresses the above-requested information is
9  attached and may be used to Answer the Writ.

10      3. After you complete the answer under oath, pursuant to 28 U.S.C. §
11 3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you
12 must mail or deliver the original Answer bearing the original signature of the person
13 preparing the answer to the Court at the following address:

       Clerk, United States District Court
       450 Golden Gate Avenue, 16th Floor
       P. O. Box 36060
       San Francisco, CA 94102

17 At the same time that you mail or deliver the original answer to the Court, you must
18 also mail or deliver a copy of the original Answer to both the debtor and attorney for
19 the United States at the following respective addresses:

       Sandra L. Thackerson aka Sandra Jessop aka Sandra L. Jessop
       11 Linscheid Drive Apt. 3
       Pittsburg, CA 94565

       Michael Cosentino, Attorney at Law
       P.O. Box 129
       Alameda, CA 94501

24 Please note that the attached form Answer contains a certificate of service which
25 needs to be completed by the person mailing the copies of the answer to the debtor
26 and the attorney for the United States, and which needs to be filed along with the
27 Answer.
28

1     IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY
2 IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE
3 COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO
4 ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH
5 THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO
6 APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY
7 WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR
8 THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY
9 (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO
10 AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND
11 AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED
12 HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO
13 APPEAR.

RICHARD W. WIEKING, Clerk
United States District Court
for the Northern District of California

Dated: 1-3-13      By: _____
                                              Deputy Clerk
                                                       GLORIA ACEVEDO

DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

1. <u>Earnings</u> include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement. Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

2. <u>Disposable earnings</u> are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law <u>requires</u> an employer to withhold as mandatory deductions. Generally, these mandatory deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to <u>public</u> employee retirement systems. Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1]:

| Pay Period: | Weekly or oftener | Every 2 weeks | Twice a month | Once a month |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

[1] Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

Writ of Continuing Garnishment cand C97-2595 M         5