MICHAEL COSENTINO, State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Facsimile: (510) 747-1640

Attorney for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C97-2595 M |
| Plaintiff, | |
| v. | STIPULATED ORDER OF CONTINUING GARNISHMENT |
| Sandra L. Thackerson aka Sandra Jessop aka Sandra L. Jessop, | |
| Defendant, | |
| and | |
| Wal-Mart Stores, Inc., | |
| Garnishee. / | |

IT IS HEREBY STIPULATED by and between Judgment Creditor, United States of America, and Judgment Debtor, Sandra L. Thackerson aka Sandra Jessop aka Sandra L. Jessop, that garnishee, Wal-Mart Stores, Inc., withhold $75.00 every two weeks from Judgment Debtor's non-exempt disposable income, commencing with the February, 2013, pay period, until the entire current judgment balance in the amount of $4,314.01, plus interest has been paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

IT IS HEREBY FURTHER STIPULATED that Wal-Mart Stores, Inc., Garnishee,

1    **IT IS SO ORDERED.**

2

3    Dated: March 11, 2013      _____
                                           UNITED STATES MAGISTRATE JUDGE

immediately remit to the United States Department of Justice the above mentioned payments as and for the month of February 2013, and as and for each month thereafter.

IT IS HEREBY FURTHER STIPULATED that said payments be made payable to the U.S. Department of Justice, and be mailed to the Department of Justice-NCIF, P.O. Box 790363, St. Louis, MO 63179-0363, referencing the judgment debtor's name and CDCS Claim number **1997B02606** on each check for posting purposes.

IT IS HEREBY FURTHER STIPULATED that judgment debtor, upon request by mail from judgment creditor to judgment debtor, shall submit a financial statement to judgment creditor annually, the form of which shall be mailed to judgment debtor by judgment creditor.

IT IS HEREBY FURTHER STIPULATED that in accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case. It is understood that any appeal from an order entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

By her signature hereafter, Sandra L. Thackerson aka Sandra Jessop aka Sandra L. Jessop acknowledges that she has read, understands and waives all of her rights under the CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT AND INSTRUCTIONS TO DEFENDANT; REQUEST FOR HEARING FORM; OBJECTION TO GARNISHEE'S ANSWER AND REQUEST FOR HEARING FORM; NOTICE ON HOW TO CLAIM EXEMPTION; CLAIM FOR EXEMPTION FORM and the WRIT OF CONTINUING GARNISHMENT and the APPLICATION FOR WRIT OF CONTINUING GARNISHMENT in exchange for the herein payment stipulation.

Dated: March 01, 2013

_____
Michael Cosentino, Counsel for United States

Dated: March 01, 2013

_____
Sandra L. Thackerson aka Sandra Jessop aka Sandra L. Jessop